# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Nicholas Cummings

                            Plaintiff,

v.                                            Case No.: 1:12–cv–09984
                                                 Honorable Joan B. Gottschall

Sallie Mae, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2013:

       MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Based on the agreement of counsel as set out on the record, Plaintiff's Motion to Compel [23] is moot without prejudice to a further motion on this topic, if necessary. Status hearing set for 5/9/13 at 9:45 a.m. Out of town counsel may be present by telephone, with local counsel present in the courtroom. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.