**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS CUMMINGS on behalf of himself and others similarly situated, | ) ) | |
| Plaintiff, | ) | Case No. 1:12-cv-09984 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| SALLIE MAE CORP., | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND DEADLINE
TO FILE REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION,
TO TAKE THE FULL BRIEFING UNDER ADVISEMENT,
AND TO NOT ISSUE A RULING UNTIL AFTER MEDIATION**

Plaintiff Nicholas Cummings ("Plaintiff") and Defendant Sallie Mae, Inc. ("Defendant") stipulate as follows:

WHEREAS, on May 6, 2013, Defendant filed its Opposition to Plaintiff's Motion for Class Certification. (DE 38-40)

WHEREAS, Plaintiff's Reply is due May 20, 2013. (DE 37)

WHEREAS, in support of its Opposition, Defendant filed, among other things, the declaration of David A. Moss (DE 38-2).

WHEREAS, after a FRCP 30(b)(6) deposition on May 2, 2013, Plaintiff requested and Defendant agreed to provide the deposition of Mr. Moss on May 30, 2013, and to supplement a variety of class discovery, which Sallie Mae hopes to provide by June 28, 2013.

WHEREAS, on July 29, 2013, the parties are scheduled to engage in mediation at JAMS before the Honorable Morton Denlow (ret.).

WHEREAS, Plaintiff and Defendant request that the deadline to file Plaintiff's reply brief in support of his Motion for Class Certification be extended until July 22, 2013.

LA 51651260

WHEREAS, counsel for Plaintiff and Defendant have agreed (1) to extend the deadline for Plaintiff to file his reply brief in support of his motion for class certification until July 22, 2013; and (2) to request that this Court take the full briefing under advisement and not issue a ruling until after the parties' mediation on July 29, 2013.

May 17, 2013

Respectfully submitted,

/s/ Keith J. Keogh
Keith J. Keogh
Craig Shapiro
Timothy Sostrin
Katherine M. Bowen
KEOGH LAW, LTD.
55 W. Monroe, Ste. 3390
Chicago, IL 60603
312.726.1092
Keith@Keoghlaw.com

David J. Philipps
Mary E. Philipps
PHILIPPS & PHILIPPS, LTD.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
davephilipps@aol.com
mephilipps@aol.com

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Phone: (312) 729-5288
aburke@burkelawllc.com

ATTORNEYS FOR PLAINTIFF
NICHOLAS CUMMINGS

/s/ Lisa M. Simonetti
Julia B. Strickland
Lisa M. Simonetti
Shannon E. Ponek (admitted *pro hac vice*)
STROOCK & STROOCK & LAVAN LLP

2029 Century Park East
Los Angeles, CA 90067-3086
Tel:  310-556-5800
Fax:  310-556-5959
lacalendar@stroock.com

MASSEY & GAIL LLP
Leonard A. Gail
30 E Washington, Suite 400
Chicago, IL 60602
Tel:  312-283-1590
lgail@massygail.com

ATTORNEYS FOR DEFENDANT
SALLIE MAE, INC.