# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9984 | **DATE** | 5/22/2013 |
| **CASE TITLE** | Cummings vs. Sallie Mae Inc | | |

**DOCKET ENTRY TEXT**

Motion of Defendant Sallie Mae, Inc. for leave to file Sallie Mae's opposition to Plaintiff's motion for class certification, the declaration of David Moss, and the declaration of Patricia Peterson under seal [45] is granted. Parties' request pursuant to stipulation [49] to extend deadline to file Plaintiff's reply brief in support of his motion for class certification by 7/22/2013 is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|