IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Nicholas Cummings and Steffani Penman, on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>Sallie Mae, Inc.,<br>    Defendant. | No. 1:12-CV-9984<br><br>Judge Gottschall |

## ORDER

This matter coming to be heard on status and on the parties joint motion regarding the pending class settlement,

IT IS HEREBY ORDERED THAT:

1. This Court's prior orders dated December 12 and 13, 2013, and February 18, 2014, are hereby amended as follows:

    a) The class notice is to be sent out by the parties' claims administrator, Kurtzman Carson Consultants/KCC, by February 26, 2014;

    b) Opt-outs/exclusions or objections to the settlement are due by April 14, 2014;

    c) Claim forms, and any responses to objections, are due by April 28, 2014; and,

    d) Replies to objections are due by May 12, 2014.

2. The May 2, 2014, hearing on final approval of the class settlement is hereby re-scheduled to May 23, 2014, at 9:30 a.m.

DATED: February 19, 2014

_____
Judge Joan B. Gottschall,
United States District Court