

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas Cummings and Steffani Penman, on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>Sallie Mae, Inc.,<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. 1:12-CV-9984<br><br>Judge Gottschall |

### ORDER

This matter coming to be heard on the parties joint motion regarding the pending class settlement,

IT IS HEREBY ORDERED THAT:

1. This Court's prior orders dated December 12 and 13, 2013, and February 18, 2014, are hereby amended as follows:

   a) Class Counsel's motion in support of final approval and fee application are due by May 20, 2014; and,

   b) The report from the class action administrator, Kurtzman Carson Consultants/KCC, on class notice, claims and opt-outs, etc., is due May 20, 2014;

DATED: April 11, 2014

_____
Judge Joan B. Gottschall,
United States District Court